302

(No. 74-CC-258—Claimant 

PUBLIC ELECTRIC CONSTRUCTION CO., INC., Claimant, *vs.*
STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD,
Respondent.

*Opinion filed March 25, 1974.*

LANDESMAN & SCHWARTZ, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-269—Claimant 

UNIVERSITY PHARMACY, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

UNIVERSITY PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.